IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTONIO MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:23cv96-MHT |
| ) | (WO) |
| WARDEN KAREN CARTER, ) | |
| ) | |
| Defendant. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that, while incarcerated at Easterling Correctional Facility, he was stabbed repeatedly by a group of inmates and suffered a punctured lung due to the failure of the defendant warden to protect him from a substantial risk of serious harm.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to pay an initial filing fee as ordered.  There are no objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of September, 2023.

                                  /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**